No. 725, Misc. WASHINGTON *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *John H. Pickering* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Eugene L. Grimm* for the United States.

No. 740, Misc. WILKINS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 824. VANT ET AL. *v.* MUTUAL BENEFIT LIFE INSURANCE Co. C. A. 3d Cir. Certiorari denied. *Paul Ginsburg* for petitioners. *Carl E. Glock* for respondent.

No. 825. FLEISCHER, TRUSTEE, *v.* BENJAMIN ET AL. C. A. 2d Cir. Certiorari denied. *Gustave B. Garfield* for petitioner. *Louis Nizer* for Paramount Pictures, Inc., et al., *Simon H. Rifkind* for Benjamin et al., and *Frank A. Bull* and *Daniel Huttenbrauck* for A. A. P., Inc., et al., respondents.

No. 826. WENGENROTH ET AL. *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Floyd Duke James* for petitioners.

No. 827. GILBERT ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Frederick R. Tansill* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Harry Baum* for respondent.